IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| LOUISE THURMAN, | ) |
| | ) CIVIL ACTION FILE |
| Plaintiff, | ) NO. 1:08CV-147 |
| | ) Collier (Carter) |
| v. | ) |
| | ) |
| ALLSTATE INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF REMOVAL

TO: The Judges of the United States District Court for the Eastern District of Tennessee, Chattanooga Division

The Defendant, Allstate Insurance Company, respectfully shows the Court the following:

1.

A civil action has been brought against the Defendant in the Circuit Court of Bradley County, Tennessee, by the above-named Plaintiff, said action being designated as Case No. V-08-698, in which the Plaintiff, based upon the allegations in her Complaint, appears to be seeking from the Defendant an amount in excess of $75,000.00.

2.

Plaintiff has stated that she is now, was at the commencement of this suit and at all times since, a citizen and resident of the State of Tennessee.

3.

Defendant, Allstate Insurance Company, an Illinois corporation, is now, was at the time of the commencement of this suit and at all times since, a corporation organized and existing under the laws of the State of Illinois, having its principal place of business in Northbrook, Illinois.

4.

Defendant attaches hereto a copy of the Summons and Complaint in the Circuit Court of Bradley County, Tennessee, marked as Exhibit "A", and a copy of the Answer of Defendant marked as Exhibit "B".

5.

Now, within thirty (30) days after service of the Summons and Complaint, the Defendant files this its Notice of Removal of said action to this Court.

6.

This action is removable by reason of diversity of citizenship of the parties, there appearing to be being more than $75,000.00 in controversy, exclusive of interest and costs.

WHEREFORE, the above-named Defendant, Allstate Insurance Company, files this its Notice of Removal of said cause to this Court.

This 10 day of October, 2008.

Respectfully submitted,

BAKER, KINSMAN, HOLLIS,
CLELLAND & WINER

*N. Mark Kinsman*
N. MARK KINSMAN BPR #6039
701 Market Street
First Tennessee Bldg., Suite 1500
Chattanooga, TN 37402-4825
(423) 756-3333

WEBB, ZSCHUNKE, NEARY
& DIKEMAN, LLP

*William E. Zschunke*
WILLIAM E. ZSCHUNKE
Georgia State Bar No. 786650

One Securities Centre, Suite 1210      Attorneys for Defendant
3490 Piedmont Road
Atlanta, GA 30305
(404) 264-1080

3