IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| LOUISE THURMAN, | ) |
| | ) CIVIL ACTION FILE |
| Plaintiff, | ) NO. 1:08-CV-147 |
| | ) |
| v. | ) |
| | ) |
| ALLSTATE INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the agreement of the parties as evidenced by the signature of counsel below, the above-entitled action is hereby dismissed without prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure*. It is, therefore,

ORDERED, ADJUDGED, AND DECREED that all claims in this matter are hereby DISMISSED without prejudice. Each side is to bear its own costs.

SO ORDERED this _____ day of October, 2008.

_____
United States District Judge

**AGREED TO BY:**

By: /s/ R. Jerome Shepherd (by NMK w/ express permission)
R. JEROME SHEPHERD, BPR#2186
*Attorney for Plaintiff*
2180 North Ocoee Street
Cleveland, TN 37311
(423) 472-7555

BAKER, KINSMAN, HOLLIS,
CLELLAND & WINER, P.C.

By: *N. Mark Kinsman*
N. MARK KINSMAN, BPR #6039
*Attorney for Defendant*
701 Market Street
First Tennessee Bldg., Suite 1500
Chattanooga, TN 37402-4825
(423) 756-3333

WEBB, ZSCHUNKE, NEARY
& DIKEMAN, LLP

By: /s/ William E. Zschunke (by NMK w/ express permission)
WILLIAM E. ZSCHUNKE
Georgia Bar No. 786650
*Attorney for Defendant*
One Securities Centre, Suite 1210
3490 Piedmont Road
Atlanta GA 30305
(404) 264-1080

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2008, copies of the within and foregoing pleading were filed electronically. Notice of those filings was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including:

R. Jerome Shepherd, Esq.
2180 North Ocoee Street
Cleveland, TN 37311

William E. Zschunke, Esq.
Webb, Zschunke, Neary & Dikeman, LLP
One Securities Centre, Suite 1210
3490 Piedmont Road
Atlanta GA 30305

All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

BAKER, KINSMAN, HOLLIS,
CLELLAND & WINER, P.C.
701 Market Street, Suite 1500.
Chattanooga, TN 37402-4825
(423) 756-3333

By: *N. Mark Kinsman*
N. Mark Kinsman, BPR #6039
*Attorney for Defendant.*